UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 EAST 9TH STREET, ROOM 6672
KANSAS CITY, MISSOURI 64106

SARAH W. HAYS (816)512-5775
MAGISTRATE JUDGE FAX (816)512-5788

August 7, 2015

Hon. David Gregory Kays
Chief District Judge
United States District Court
8652 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: August 17, 2015, Joint Criminal Jury Trial Docket

Dear Chief Judge Kays:

Judges Maughmer, Larsen, Whitworth, Rush, England and I have completed pretrial conferences for those cases presently scheduled for the August 17, 2015, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend that these cases be scheduled and assigned for trial.

## WEEK OF AUGUST 17, 2015

### KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 13-00369-CR-W-BP | Wesley B. Wyatt (01)<br>CUSTODY<br>Notes: **Attorneys/Defendant must be present at 8:30 a.m.**<br>Jury Selection at 9:00 a.m. | Fenner | 2 Days<br>8/17 (Mon) |
| 14-00063-CR-W-DW | Jose Federico Almeida-Olivas (01)<br>CUSTODY<br>SPANISH INTERPRETER<br>Notes: **Attorneys/Defendant must be present at 8:30 a.m.**<br>Jury Selection at 9:00 a.m. | Whipple | 2 ½-3 Days<br>8/17 (Mon) |

## KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 13-00084-CR-W-DGK | Walter Deandre Sorrells (01) CUSTODY<br>Parish Demetric Marchbanks (04) BOND<br>Colette LaShawn Douglas (06) BOND<br>Michael Deandre Harbin (14) BOND<br>Antonio Laregus Robertson (16) CUSTODY | Kays | 4-6 Days<br>8/17 (Mon) |

Notes: **Attorneys/Defendants must be present at 8:00 a.m.**
Jury Selection at 9:00 a.m.

## SPRINGFIELD

No cases

## JEFFERSON CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 13-04016-CR-C-SRB | Petr Babenko (01) BOND<br>RUSSIAN INTERPRETER | Bough | 5 Days<br>8/17 (Mon) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.

## WEEK OF AUGUST 24, 2015

### KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 12-00268-CR-W-DGK | Travis Dane Ybarra (03) CUSTODY | Kays | 3-4 Days 8/25 (Tues) |
| | Notes: **Attorneys/Defendant must be present at 8:00 a.m.** Jury Selection at 9:00 a.m. | | |
| 15-00164-CR-W-SRB | Thomas L. Lynch (01) CUSTODY | Wimes | 2-3 Days 8/24 (Mon) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | | |
| 14-00320-CR-W-DW | Brandon C. McMahon (01) CUSTODY | Whipple | 2-3 Days 8/24 (Mon) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | | |

### SPRINGFIELD

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 13-03054-CR-S-MDH | Caesar Ramon Avila-Hernandez (04) CUSTODY Philip J. Delgrosso (13) BOND Jeffrey A. Cain (14) BOND | Phillips | 5 Days 8/24 (Mon) |
| | Notes: **Attorneys/Defendants must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | | |
| 15-03037-CR-S-MDH | Gary L. Harrell (01) CUSTODY | Harpool | 2 Days 8/27 (Thur) |
| | Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | | |

## JEFFERSON CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 12-04041-CR-C-SRB and 13-04026-CR-C-SRB | Darya Chernova (03 and 01) BOND<br>Notes: **Attorneys/Defendant must be present at 8:30 a.m.** Jury Selection at 9:00 a.m. | Bough | 3-4 Days 8/26 (Wed) |

If you have any questions, please contact me at your convenience.

Very truly yours,

/s/ *Sarah W. Hays*
Sarah W. Hays
Chief U.S. Magistrate Judge

cc via e-mail:  Honorable Gary A. Fenner          Mr. Randall Henderson
        Honorable Beth Phillips           Mr. Mike Zadina
        Honorable Brian Wimes             Ms. Elvia Farley
        Honorable M. Douglas Harpool      Ms. Kelsee Pierce
        Honorable Stephen R. Bough        Ms. Karyn Williams
        Honorable Nanette K. Laughrey     Ms. Kimberly Johnson
        Honorable Howard F. Sachs         Ms. Jane Behrens
        Honorable Ortrie D. Smith         Ms. Shayla Brensdal
        Honorable Dean Whipple            Ms. Laura Bax
        Honorable Scott O. Wright         Mr. Gene Porter
        Honorable Fernando J. Gaitan, Jr. Pretrial Services
        Honorable John T. Maughmer        Probation
        Honorable Robert E. Larsen        United States Marshal
        Honorable David P. Rush           All Judicial Assistants
        Honorable Matt Whitworth          All Courtroom Deputies
        Ms. Paige Wymore-Wynn